IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHNNY GROGRAN                                                                                          PLAINTIFF

vs.                                                                   CIVIL ACTION NO. 3:15-CV-67 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                                     DEFENDANT


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed. After having considered the reasons set forth in the Report and Recommendation and the opposition of the defendant, this court hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED, this the 31st day of August, 2016.


                                                                            s/ HENRY T. WINGATE_____
                                                                            UNITED STATES DISTRICT JUDGE